**Dorothy HARRIS, Plaintiff–Appellant,**

v.

**SPRINT, INCORPORATED, Defendant–Appellee,**

and

**Earl R. Stevenson, Defendant.**

No. 02–1798.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Dorothy Harris, Appellant Pro Se. Blake Matthew Guy, Hunton & Williams, McLean, Virginia, for Appellee.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dorothy Harris appeals the district court's order granting summary judgment in favor of her former employer, Sprint, Inc., on her claims arising under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp.2002). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Harris v. Sprint, Inc.*, No. CA–01–1792–A (E.D. Va. filed June 19, 2002; entered June 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*